THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, | * | |
| PLAINTIFF, | * | |
| v. | * | CIVIL ACTION NO. AMD 00 CV 2549 |
| TERRY W. HEPLER a/k/a TERRY W. HEPLER, JR., et al. | * | |
| DEFENDANTS | * | DEC 1 4 2000 |

\* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff Fidelity and Guaranty Life Insurance Company's Motion to Allow Private Service of Process, it is this _14th_ day of _Dec_____, 2000 by the United States District Court for the District of Maryland,

ORDERED that Defendant Terry Hepler may be served original process through the use of private process servers.

_____
Judge Andre M. Davis
United States District Court for the District of Maryland