IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FIDELITY AND GUARANTY | : | |
| LIFE INSURANCE COMPANY, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 00-2549 |
| | : | |
| TERRY W. HEPLER, et al., | : | |
|     Defendant | : | |

...o0o...

ORDER

The court has been advised that the remaining defendants in this interpleader action are awaiting a ruling of the United States Bankruptcy Court for the Eastern District of Michigan, thus rendering final resolution of this matter impossible. This Order is deemed appropriate under the circumstances.

Accordingly, it is this 26th day of August, 2003, by the United States District Court for the District of Maryland, ORDERED

(1) That this action is STAYED pending the action of the United States Bankruptcy Court or further order of this court; and it is further ORDERED

(2) That the Clerk of the Court shall ADMINISTRATIVELY CLOSE THIS CASE pending further order of this Court at the request of any party in interest.

/s/
ANDRE M. DAVIS
United States District Judge