IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**FIDELITY AND GUARANTY**   *
    **LIFE INSURANCE COMPANY,**
                                    *

      PLAINTIFF,
                                    *

v.                                              Civil Action No. AMD-00-CV-2549
                                    *

**TERRY W. HEPLER.**
**PEACHTREE FINANCE CO., LLC**    *
**SETTLEMENT FUNDING, LLC**
**JACK WEBER**                             *
**BETTY WEBER, AND**
**UNITED STATES FIDELITY**         *
 **AND GUARANTY COMPANY,**
                                    *

      DEFENDANTS.
                                    *

*   *   *   *   *   *   *   *

## USF&G's RESPONSE TO MOTION TO REOPEN CASE AND REMOVE STAY

United States Fidelity and Guaranty Company ("USF&G"), a defendant and cross-claim plaintiff, responds to the Motion to Reopen Case and Remove Stay (Paper No. 33) filed by Peachtree Finance Company LLC and Settlement Funding LLC (collectively "Peachtree") and states that it agrees with Peachtree's request that the Court reopen the present case, remove the stay currently in place and enter a scheduling order.

                                           /s/
                                     **H. MARK STICHEL**
                                     U.S.D.C – D. Md. Bar No. 02939
                                     Gohn, Hankey & Stichel, LLP
                                     201 North Charles Street, Suite 2101
                                     Baltimore, Maryland 21201
                                     (410) 752-1658
                                     (410) 752-2519 (facsimile)

                                     Attorney for United States Fidelity and Guaranty
                                     Company, a Defendant and Cross-Claim Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 22nd day of March, 2004, copies of the foregoing USF&G's Response to Motion to Reopen Case and Remove Stay were served by first class mail, postage prepaid upon:

Terry W. Hepler
2157 Steiner
Comins, Michigan 48619

Terry W. Hepler
3532 Fishermans Drive
Luzerne, Michigan 48636

Jack Weber
1264 Heathercrest
Flint, Michigan 48532

Betty Weber
1264 Heathercrest
Flint, Michigan 48532

A copy of USF&G's Response to Motion to Reopen Case and Remove Stay will be served upon Elyse L. Strickland, counsel for Peachtree, via the Court's ECF system upon the filing of the document.

/s/
**H. Mark Stichel**