5085 Avalon Ridge Pkwy., Suite 600   Norcross, Georgia 30071
Phone: (800) 600-9161   Fax: (800) 600-7161   www.lumpsum.com

**Peachtree
Settlement
Funding**

July 17, 2000

## SENT VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED & ORDINARY MAIL

**United States Fidelity & Guaranty Co.**
**c/o The St. Paul Companies**
**5801 Centennial Way**
**Baltimore, MD 21209**
**Attn: Mary Jo Weigman Stafford**

**Fidelity & Guaranty Life Insurance Company**
**Structured Settlements-201 Brookfield Place**
**Suite 301**
**Greenville, SC 29607**

Re:   Collateral security for a loan made by WebBank –
       **Notice of Assignment and Demand for Payments to Assignee**

Dear Sir:

This letter will serve as formal notice to you that on or about **5/27/99**, WebBank made a loan to **Terry Hepler, Jr.** (the "Loan"). To secure repayment of the Loan, **Terry Hepler, Jr.** executed a Security Agreement in favor of WebBank and its successors and assigns (together, "WebBank"), pursuant to which **Terry Hepler, Jr.** granted WebBank a security interest in, and collaterally assigned to WebBank, along with other collateral, the payments set forth below, that are due to **Terry Hepler, Jr.** under that certain Settlement Agreement, Release (or similar document) by and among Terry Hepler and United States Fidelity and Guaranty Company:

**120 monthly payments of $315.00 commencing on August 1, 1997 through & including July 1, 2007.**

The referenced Loan and all documents and rights relating and/or attendant thereto were assigned by WebBank to Settlement Funding, LLC d/b/a Peachtree Settlement Funding ("Peachtree"), which subsequently assigned the Loan and all documents and rights relating and/or attendant thereto to Peachtree Finance Company, LLC. Peachtree is the Servicer for Peachtree Finance Company, LLC and is authorized and required to send this notice on Peachtree Finance Company, LLC's behalf.

This letter shall serve as formal notice to you that **Terry Hepler, Jr.** has defaulted on the Loan by failing to make payments when due thereunder.

You are hereby formally notified that all of the above-referenced payments falling due on or after today's date must be paid and delivered to Settlement Funding, LLC at **P.O. Box 945702, Atlanta, GA 30392-5702**.

It is our understanding that through a Qualified Assignment or otherwise **United States Fidelity & Guaranty Co.** is obligated to make the payments set forth above. Peachtree, on behalf of Peachtree Finance Company, LLC and itself, hereby demands that all payments due to **Terry Hepler, Jr.** on or after today's date be paid and delivered to Peachtree at the address set forth above. As you are aware, pursuant to the applicable provisions of the Uniform Commercial Code, if you make payments to any person or entity other than Peachtree Finance Company, LLC on or after the date you have been provided with notice of this (collateral) assignment and a direction/demand to make payments to the assignee, such payments shall not relieve **United States Fidelity & Guaranty Co.** of its obligations under the referenced Settlement Agreement and shall result in **United States Fidelity & Guaranty Co.** having continuing liability to Peachtree Finance Company, LLC for such payments.

Please be guided accordingly.

Very truly yours,

*[signature]*

Stephen A. Kirkwood
Associate Counsel