## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of January, 2005, a copy of the Motion for Summary Judgment filed by Settlement Funding, LLC d/b/a Peachtree Settlement Funding and Peachtree Finance Company, LLC, which was electronically filed in this case on January 10, 2005, was mailed via first class mail, postage prepaid to Betty Weber and Jack Weber, 1264 Heathercrest, Flint, MI 48532.


_____*/s/*_____
Elyse L. Strickland, Esquire