IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, Interpleader Plaintiff, : : : | | |
| Plaintiff : | | |
| : | | |
| v. : | CIVIL NO. AMD 00-2549 | |
| : | | |
| TERRY W. HEPLER , PEACHTREE FINANCE CO., LLC, SETTLEMENT FUNDING, LLC, JACK WEBER, BETTY WEBER, and UNITED STATES FIDELITY AND GUARANTY CO., : : : : : : | | |
| Defendants/Claimants : | | |

...o0o...

MEMORANDUM

In this interpleader action, claimants Settlement Funding, LLC, and Peachtree Finance Co., LLC, have filed a motion for summary judgment. Claimants Terry W. Hepler, Jack Weber, Betty Weber, and United States Fidelity and Guaranty Co., have filed no opposition to the motion. The motion having been read and considered, and the court being satisfied that movants are entitled to judgment as a matter of law, there being no dispute of material fact in respect to movants' entitlement to the funds at issue herein, shall be granted. An order follows.


Filed: January 31, 2005                         /s/
                                          ANDRE M. DAVIS
                                          UNITED STATES DISTRICT JUDGE