IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FIDELITY AND GUARANTY LIFE | : | |
| INSURANCE COMPANY, Interpleader | : | |
| Plaintiff, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 00-2549 |
| | : | |
| TERRY W. HEPLER , PEACHTREE | : | |
| FINANCE CO., LLC, SETTLEMENT | : | |
| FUNDING, LLC, JACK WEBER, | : | |
| BETTY WEBER, and UNITED | : | |
| STATES FIDELITY AND | : | |
| GUARANTY CO., | : | |
|     Defendants/Claimants | : | |

...o0o...

ORDER

In accordance with the foregoing Memorandum, it is this 31st day of January, 2005, by the United States District Court for the District of Maryland ORDERED

(1)     Movants' motions for summary judgment (Paper No. 39) is GRANTED AND JUDGMENT IS ENTERED IN FAVOR OF MOVANTS AND AGAINST ALL DEFENDANTS/CLAIMANTS AND A FINAL JUDGMENT OF INTERPLEADER SHALL ISSUE IN A FORM TO BE PROPOSED AND AGREED TO BY THE PARTIES; and it is further ORDERED

(2)     The Clerk shall CLOSE THIS CASE, PROVIDED, HOWEVER, THAT THIS COURT RETAINS JURISDICTION HEREIN FOR THE PURPOSE OF ENTERING ITS FINAL JUDGMENT OF INTERPLEADER.

/s/
ANDRE M. DAVIS
United States District Judge