**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **FIDELITY AND GUARANTY LIFE** : | |
| **INSURANCE COMPANY,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | Civil No. AMD 00-2549 |
| : | |
| **TERRY W. HEPLER,** *et al.*, : | |
| : | |
| Defendants. : | |

**JOINT MOTION REQUESTING ENTRY OF CONSENT JUDGMENT**

Settlement Funding, LLC d/b/a Peachtree Settlement Funding, Peachtree Finance Company, LLC, and United States Fidelity and Guaranty Company, by their respective undersigned attorneys, hereby jointly move that the Court enter the Consent Judgment attached hereto as Exhibit A.

Respectfully submitted,

_____*/s/*_____
**ELYSE L. STRICKLAND**
Selzer, Gurvitch, Rabin & Obecny, Chtd.
4416 East West Highway, Fourth Floor
Bethesda, MD 20814-4568
(301) 986-9600
(3010 986-1301 (facsimile)
Settlement Funding, LLC and
Peachtree Finance Company, LLC

                                     /s/
_____
**H. MARK STICHEL**
U.S.D.C – D. Md. Bar No. 02939
Gohn, Hankey & Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland 21201
(410) 752-1658
(410) 752-2519 (facsimile)
Attorney for United States Fidelity and Guaranty Company